*UNITED STATES DISTRICT COURT*
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY ___ D.C.
05 JUN 14 PM 2:47
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **JAMES A. CLARK,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **J. KENENS, et al.,** | **CASE NO: 03-2977-B** |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal With Prejudice entered on June 13, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

6/14/05
Date

**ROBERT R. DI TROLIO**
_____
**Clerk of Court**

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:03-CV-02977 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Edward J. McKenney
HARRIS SHELTON HANOVER WALSH, PLLC.
One Commerce Square
Ste. 2700
Memphis, TN 38103--255

James A. Clark
203 Cottonwood St.
Wynne, AR 72396

Honorable J. Breen
US DISTRICT COURT